**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

KELLY MOORE,

Defendant.

CR-25-50-GF-BMM

**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS**

United States Magistrate Judge John Johnston entered Amended Findings and Recommendations in this matter on September 30, 2026. (Doc.29.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on September 29, 2026. (Doc. 25.) The United States accused Kelly Moore (Moore) of violating the conditions of his supervised release by: (1) using methamphetamine on August 16, 2026; (2) consuming alcohol on August 16, 2026; (3) failing to comply with substance abuse testing on August 26, 2026, and on September 3, 2026; and (4) failing to make any payments toward his court imposed fine since December of 2024. (Doc. 21.)

At the revocation hearings Moore admitted that he had violated the conditions 1-4 of supervised as set forth in the Petition. (Doc. 25.) Judge Johnston recommended that Moore be sentenced to custody of 5 months on Count 1 and Count 2, with the terms to run concurrently and with no term of supervised release to follow. (Doc. 29.) Judge Johnston advised Moore of his right to appeal and allocute before the undersigned. (Doc. 25.)

The violations Moore admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 29) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Kelly Moore be sentenced to custody for a term of 5 months on

Count 1 and Count 2, with the terms to run concurrently and with no term of supervised release to follow.

DATED this 19th day of October 2026.

Brian Morris, Chief District Judge
United States District Courts